B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>__Central__ District of __California__ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Cameo Homes, a California Corporation. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN
(If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>1105 Quail Street<br>Newport Beach, CA  92660<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Orange County<br>92660                                ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☒ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☒ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☒ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

**FILED**

JUN - 6 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

LA 601393v.2

American LegalNet, Inc.
www.FormsWorkflow.com

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor Cameo Homes
Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x  J. Desai | x  [signed] | 6/5/08 |
| California National Bank    6/5/08 | Josh Wayser | |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) | |
| | Locke Lord Bissell & Liddell | |
| Name & Mailing: Jyotsna Desai | 300 S. Grand Avenue, Los Angeles, CA 90071 | |
| Address of Individual: 221 S. Figueroa, LA 90012 | Address | |
| Signing in Representative Capacity: Vice President | 213-485-1400 Telephone No. | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x _____ | x _____ | |
| Famille Holdings, L.P. | | |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) | |
| | Jess R. Bressi | |
| | Cox, Castle & Nicholson, LLP | |
| Name & Mailing | 19800 MacArthur Boulevard, Suite 500, Irvine, CA 92612 | |
| Address of Individual: James H. Herbst, Manager, 27675 Chapala, Mission Viejo, CA 92692 | Address | |
| Signing in Representative Capacity: Manager of general partner | 949-260-4625 Telephone No. | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x _____ | x _____ | |
| MW Housing Partners III, LP. (See continuation sheet) | | |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) | |
| | Lori Scott, Esq. | |
| Name & Mailing | Address | |
| Address of Individual: Lori Scott, Sr. V.P., 1301 Fifth Ave., Ste 3100, Seattle, WA 98101 | 1301 Fifth Avenue, Suite 3100, Seattle, WA 98101 | |
| Signing in Representative Capacity | Telephone No. | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| California National Bank, 221 So. Figueroa Street, Los Angeles, CA 90012. | Monies owed on guaranties of unsecured promissory notes | 2,007,044.47 |
| Famille Holdings, L.P. 27675 Chapala, Mission Viejo, CA 92692 | monies owed on unsecured guaranty | in excess of 1,000,000.00 |
| M.W. Housing Partners III LP, 1301 Fifth Avenue, Ste 3100, Seattle, WA 98101 | monies owed on unsecured guaranty | 1,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 4,007,044.47 |

1 continuation sheets attached

American LegalNet, Inc.
www.FormsWorkflow.com

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor Cameo Homes
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>California National Bank<br>Name of Petitioner           Date Signed<br><br>Name & Mailing<br>Address of Individual    221 S. Figueroa, LA 90012<br>Signing in Representative<br>Capacity                          Vice President | x _____     Date<br>Signature of Attorney<br>Josh Wayser<br>Name of Attorney Firm (If any)<br>Locke Lord Bissell & Liddell<br>300 S. Grand Avenue, Los Angeles, CA 90071<br>Address<br>213-485-1400<br>Telephone No. |
| x /s/ Manager of General Partner<br>Signature of Petitioner or Representative (State title)<br>Famille Holdings, L.P.         6-5-2008<br>Name of Petitioner           Date Signed<br><br>Name & Mailing<br>                                James H. Herbst, Manager<br>                                27675 Chapala, Mission Viejo,<br>Address of Individual    CA 92692<br>Signing in Representative<br>Capacity                          Manager of general partner | x /s/ _____ 6/5/08<br>Signature of Attorney           Date<br>Name of Attorney Firm (If any)<br>Jess R. Bressi<br>Cox, Castle & Nicholson, LLP<br>19800 MacArthur Boulevard, Suite 500, Irvine, CA 92612<br>Address<br>949-260-4625<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>MW Housing Partners III, LP. (See continuation sheet)<br>Name of Petitioner           Date Signed<br><br>Name & Mailing<br>                                Lori Scott, Sr. V.P.<br>                                1301 Fifth Ave., Ste 3100<br>Address of Individual    Seattle, WA 98101<br>Signing in Representative<br>Capacity | x _____     Date<br>Signature of Attorney<br>Name of Attorney Firm (If any)<br>Lori Scott, Esq.<br>Address<br>1301 Fifth Avenue, Suite 3100<br>Seattle, WA 98101<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| California National Bank, 221 So. Figueroa Street<br>Los Angeles, CA 90012. | Monies owed on guaranties of unsecured promissory notes | 2,007,044.47 |
| Famille Holdings, L.P.<br>27675 Chapala, Mission Viejo, CA 92692 | monies owed on unsecured guaranty | in excess of 1,000,000.00 |
| M.W. Housing Partners III LP, 1301 Fifth Avenue,<br>Ste 3100, Seattle, WA 98101 | monies owed on unsecured guaranty | 1,000,000.00 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>4,007,044.47 |

1 continuation sheets attached

American LegalNet, Inc.
www.FormsWorkflow.com

B5 (Official Form 5) (12/07) – Page 2        Name of Debtor Cameo Homes
                                              Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>California National Bank<br>Name of Petitioner              Date Signed<br><br>Name & Mailing<br>Address of Individual   221 S. Figueroa, LA 90012<br>Signing in Representative<br>Capacity                Vice President | x _____<br>Signature of Attorney              Date<br>Josh Wayser<br>Name of Attorney Firm (If any)<br>Locke Lord Bissell & Liddell<br>300 S. Grand Avenue, Los Angeles, CA 90071<br>Address<br>213-485-1400<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Famille Holdings, L.P.<br>Name of Petitioner              Date Signed<br><br>Name & Mailing<br>                        James H. Herbst, Manager<br>                        27675 Chapala, Mission Viejo,<br>Address of Individual   CA 92692<br>Signing in Representative<br>Capacity                Manager of general partner | x _____<br>Signature of Attorney              Date<br>Name of Attorney Firm (If any)<br>Jess R. Bressi<br>Cox, Castle & Nicholson, LLP<br>19800 MacArthur Boulevard, Suite 500, Irvine, CA 92612<br>Address<br>949-260-4625<br>Telephone No. |
| x _[signature]_ Senior V.P.<br>Signature of Petitioner or Representative (State title)<br>MW Housing Partners III, LP. (See continuation sheet)<br>Name of Petitioner              Date Signed<br>                        6/4/08<br>Name & Mailing<br>                        Lori Scott, Sr. V.P.<br>                        1301 Fifth Ave., Ste 3100<br>Address of Individual   Seattle, WA 98101<br>Signing in Representative<br>Capacity | x _[signature]_  6/4/08<br>Signature of Attorney              Date<br>Name of Attorney Firm (If any)<br>Lori Scott, Esq.<br>Address<br>1301 Fifth Avenue, Suite 3100<br>Seattle, WA 98101<br>Telephone No. 206 494-4050 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| California National Bank, 221 So. Figueroa Street<br>Los Angeles, CA 90012. | Monies owed on guaranties of unsecured promissory notes | 2,007,044.47 |
| Famille Holdings, L.P.<br>27675 Chapala, Mission Viejo, CA 92692 | monies owed on unsecured guaranty | Amount of Claim in excess of<br>1,000,000.00 |
| M.W. Housing Partners III LP, 1301 Fifth Avenue,<br>Ste 3100, Seattle, WA 98101 | monies owed on unsecured guaranty | Amount of Claim in excess of<br>1,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>4,007,044.47 |

1 continuation sheets attached

American LegalNet, Inc.
www.FormsWorkflow.com

**Continuation sheet**

Petitioner: ·MW Housing Partners III, L.P., a California limited partnership by MW Housing Management III, LLC, a California limited liability company by WRI CP Investments III, LLC, a Washington limited liability company, its Manager by Weyerhaeuser Realty Investors, Inc., its Manager by Lorrie D. Scott, its Senior Vice President

Petitioning creditor California National Bank has other claims against debtor, based on guaranties of secured loans where the Bank has either foreclosed on the security and is in the process of seeking deficiency judgments against the debtor and other guarantors or, in two cases, the borrower has filed chapter 11 cases, which are pending before this Court. The first is In re M.S., LLC, Case Number 08-11748-RK and the second is In re Murrieta 180, LLC, Case Number 8-11749-RK. Petitioners are filing, under separate cover, a separate involuntary petition against the President of Cameo Homes, James C. Gianulias.

American LegalNet, Inc.
www.FormsWorkflow.com