PAUL J. COUCHOT– State Bar No. 131934
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
pcouchot@winthropcouchot.com

General Insolvency Counsel
for Cameo Hones, Inc.,
Alleged Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CAMEO HOMES, INC.,<br>a California corporation,<br><br>        Alleged Debtor. | Case No. **8:08-13151 RK**<br><br>Chapter 7<br><br>**ALLEGED DEBTOR'S**<br>**(1) CONSENT TO ENTRY OF ORDER FOR RELIEF; AND**<br>**(2) ELECTION TO CONVERT CHAPTER 7 CASE TO A CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE.**<br><br>DATE: July 15, 2008<br>TIME: 1:30 p.m.<br>CTRM: 5D |

**TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE:**

Cameo Homes, Inc., a California corporation, and the Alleged Chapter 7 Debtor herein, hereby consents to the entry of an Order for Relief, as indicated on the Alleged Debtor's (1) Consent to Entry of Order for Relief; and pursuant to the provisions of §706 of the Bankruptcy Code, elects to convert this Chapter 7 case to a case under Chapter 11 of the Bankruptcy Code.

DATED: June 30, 2008                    CAMEO HOMES, INC.

                            By: _____
                                James C. Gianulias, President

CameoDebtor'sConsentEntryOrderForRelief